MAGCOBAR NORTH AMERICAN, A
DIVISION OF DRESSER
INDUSTRIES,

v.

GRASSO OILFIELD SERVICES, INC.

No. C–6867.

Supreme Court of Texas.

Feb. 16, 1988.

These applications for writ of error were granted on December 16, 1987. Pursuant to the settlement agreement of the parties this cause is dismissed as moot. All costs incurred in this Court are taxed against the party incurring them.

Mr. and Mrs. William R.
DURRILL et al.

v.

FORD MOTOR COMPANY.

No. C–5817.

Supreme Court of Texas.

March 9, 1988.

Joint motion of the parties filed on March 4, 1988, in this cause is hereby granted.

The application for writ of error having previously been granted on December 2, 1987, the judgment of the court of appeals is *vacated* and the cause is *remanded* to the trial court for entry of judgment in accord with the agreement of the parties.